<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-2132**

WARREN R. FOLLUM,

        Plaintiff – Appellant,

    v.

NORTH CAROLINA STATE UNIVERSITY; KEVIN MACNAUGHTON, in his
individual and official capacities; MICHAEL HARWOOD, in his
individual and official capacities; CAROLE ACQUESTA, in her
individual and official capacities; BARBARA CARROLL, in her
individual and official capacities,

        Defendants – Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at New Bern.  Louise W. Flanagan,
Chief District Judge.  (5:08-cv-00526-FL)

Submitted:  March 16, 2010        Decided:  March 19, 2010

Before NIEMEYER, MOTZ, and DAVIS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Warren R. Follum, Appellant Pro Se.   Kimberly D. Potter,
Assistant Attorney General, Raleigh, North Carolina, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Warren R. Follum appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his employment discrimination complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Follum v. North Carolina State Univ., No. 5:08-cv-00526-FL (E.D.N.C. Sept 2, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED